Case number  1:23 - 211

Supplement to the Notice of Removal
filed by: Stacla Staracci
07/13/2023

By: Stacia Staracci



RECEIVED

JUL 13 2023

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

3905 Parade Boulevard
Rent Payment History            CC = Credit/Debit Card
updated 04-03-23                CK = Check

| Rental Period | Rent Payment Due Date | Monthly Amount Due | Amount Paid | Date Paid | Cumulative Rent Due | Payment Method | Cash Receipt # |
|---|---|---|---|---|---|---|---|
| Jun 2018 | 06/01/18 | 1,000.00 | 1,000.00 | 06/01/18 | - | CASH | 416703 |
| Jul 2018 | 07/01/18 | 1,000.00 | 950.00 | 07/10/18 | 50.00 | CASH | 418333 |
| Aug 2018 | 08/01/18 | 1,000.00 | 1,050.00 | 08/02/18 | - | CASH | 419958 |
| Sep 2018 | 09/01/18 | 1,000.00 | 1,000.00 | 09/10/18 | - | CASH | 422068 |
| Oct 2018 | 10/01/18 | 1,000.00 | 1,000.00 | 10/05/18 | - | CASH | 423133 |
| Nov 2018 | 11/01/18 | 1,000.00 | 1,000.00 | 11/16/18 | - | CASH | 424497 |
| Dec 2018 | 12/01/18 | 1,000.00 | 950.00 | 12/18/18 | 50.00 | CASH | 425225 |
| Jan 2019 | 01/01/19 | 1,000.00 | 1,050.00 | 01/22/19 | - | CASH | 427488 |
| Feb 2019 | 02/01/19 | 1,000.00 | 1,000.00 | 02/19/19 | - | CASH | 428579 |
| Mar 2019 | 03/01/19 | 1,000.00 | 2,000.00 | 02/28/19 | (1,000.00) | CASH | 428853 |
| Apr 2019 | 04/01/19 | 1,000.00 | 500.00 | 03/18/19 | (500.00) | CASH | 429571 |
| May 2019 | 05/01/19 | 1,000.00 | 400.00 | 04/24/19 | 100.00 | CC | 430815 |
| Jun 2019 | 06/01/19 | 1,000.00 | 1,100.00 | 06/20/19 | - | CASH | 431909 |
| Jul 2019 | 07/01/19 | 1,000.00 | 1,000.00 | 07/30/19 | - | CC | 433439 |
| Aug 2019 | 08/01/19 | 1,000.00 | 1,250.00 | 09/06/19 | (250.00) | | 435930 |
| Sep 2019 | 09/01/19 | 1,000.00 | 500.00 | 09/19/19 | 250.00 | CC | 436334 |
| Oct 2019 | 10/01/19 | 1,000.00 | 550.00 | 10/18/19 | 700.00 | CC | 437332 |
| Nov 2019 | 11/01/19 | 1,000.00 | 400.00 | 11/26/19 | 1,300.00 | CASH | 438509 |
| Dec 2019 | 12/01/19 | 1,000.00 | 1,250.00 | 01/02/20 | 1,050.00 | CC | 439680 |
| Jan 2020 | 01/01/20 | 1,000.00 | 1,500.00 | 01/24/20 | 550.00 | CC | 441204 |
| Feb 2020 | 02/01/20 | 1,000.00 | 1,558.00 | 02/17/20 | (8.00) | CASH & CC | 442141 |
| Mar 2020 | 03/01/20 | 1,000.00 | 400.00 | 03/26/20 | 592.00 | CC | 443271 |
| Apr 2020 | 04/01/20 | 1,000.00 | - | | 1,592.00 | | |
| May 2020 | 05/01/20 | 1,000.00 | - | | 2,592.00 | | |
| Jun 2020 | 06/01/20 | 1,000.00 | - | | 3,592.00 | | |
| Jul 2020 | 07/01/20 | 1,000.00 | 2,000.00 | 07/14/20 | 2,592.00 | CC | 445438 |
| Aug 2020 | 08/01/20 | 1,000.00 | - | | 3,592.00 | | |
| Sep 2020 | 09/01/20 | 1,000.00 | 2,000.00 | 09/18/20 | 2,592.00 | CC | 448499 |
| Oct 2020 | 10/01/20 | 1,000.00 | - | | 3,592.00 | | |
| Nov 2020 | 11/01/20 | 1,000.00 | 300.00 | 11/11/20 | 4,292.00 | CC | 450112 |
| Dec 2020 | 12/01/20 | 1,000.00 | 1,075.00 | 12/04/20 | 4,217.00 | CC | 450419 |
| Jan 2021 | 01/01/21 | 1,000.00 | 1,500.00 | 01/04/21 | 3,717.00 | CC | 451104 |
| Feb 2021 | 02/01/21 | 1,000.00 | - | | 4,717.00 | | |
| Mar 2021 | 03/01/21 | 1,000.00 | - | | 5,717.00 | | |
| Apr 2021 | 04/01/21 | 1,000.00 | - | | 6,717.00 | | |
| May 2021 | 05/01/21 | 1,000.00 | - | | 7,717.00 | | |
| Jun 2021 | 06/01/21 | 1,000.00 | - | | 8,717.00 | | |
| Jul 2021 | 07/01/21 | 1,000.00 | 10,467.00 | 07/26/21 | (750.00) | CK | 458187 |
| Aug 2021 | 08/01/21 | 1,000.00 | - | | 250.00 | | RENT RELIEF |

3905 Parade Blvd Rent Payment History updated 04-03-23

Mercyhurst University
Location: MA

Receipt: 000433439

Received From: 3905 Parade Starocci Rent Wat

Receipt Codes General
Credit Card

1,220.00
---------
1,220.00

1,220.00

Date of Receipt
07/30/19

814-824-2000

Mercyhurst University
Location: MA

Receipt: 000442155

Received From: 3905 Parade, Jan & Feb Rent

Receipt Codes General
Credit Card
Total:

1,320.00
---------
1,320.00

1,320.00

Date of Receipt
02/17/20

814-824-2000

 Gmail                                                    Starla S <anythingispossible214@gmail.com>

---

**Fwd: Your receipt pymnt due**

---

**Starla Speed** <starlaspeed@gmail.com>                                         Thu, Jul 13, 9:03 AM
To: Starla S <anythingispossible214@gmail.com>

---------- Forwarded message ---------
From: **Starocci, Starla** <staroccis@upmc.edu>
Date: Mon, Feb 17, 2020 at 4:11 PM
Subject: RE: Your receipt pymnt due
To: starlaspeed@gmail.com <starlaspeed@gmail.com>

# Starla Starocci

Contact Center Specialist II

UPMC Revenue Cycle Contact Center

Answering Service

Quantum One Building, 4th Floor

2 Hot Metal Street

Pittsburgh, PA 15203


**From:** Alice Flanagan <aflanagan@mercyhurst.edu>
**Sent:** Monday, February 17, 2020 10:16 AM
**To:** Starocci, Starla <staroccis@upmc.edu>
**Subject:** Your receipt

Starla

I put $1262.00 which paid the water bill and $6885.00 went towards the balance of Jan rent leaving $1120.00 left for January and $1000.00 for February. According to the new Sub lease agreement you and your sub leasee tenant will stay 2.5 months ahead of the Rental agreement 2020 rent payment schedule which means you still owe a balance of $3,500. If you are still considering the land contract option we will consider a deposit of 36,000 before we can write up the tittle agreement , however, WE expect the payment for the 2 .5 upfront agreement the amount is due in the office before the pay period Wednesday afternoon

Thank you



