COMMONWEALTH OF PENNSYLVANIA
COUNTY OF



# LANDLORD/TENANT COMPLAINT

Mag. Dist. No: 06-1-04

MDJ Name: District Judge Paul Bizzarro

Address: 460 East 26th Street
Erie, PA 16504

Telephone: (814) 451-6522

LANDLORD:   NAME and ADDRESS

Mercyhurst University
c/o Michael Heller, CFO
501 East 38th Street, Egan 216
Erie, Pennsylvania 16546

TENANT:   v.   NAME and ADDRESS

Starla Starocci and Samuel Mkpat
3905 Parade Street
Erie, Pennsylvania 16504

Docket No: LT-140-23
Case Filed: 04/28/23

| | AMOUNT | DATE PAID |
|---|---|---|
| FILING COSTS | $ 192.25 | |
| POSTAGE | $ 3.60 | |
| SERVICE COSTS | $ 26.28 | |
| CONSTABLE ED. | $ 10.00 | |
| TOTAL | $ 232.13 | 04/28/23 |

Pa.R.C.P.M.D.J. No. 206 sets forth those costs recoverable by the prevailing party.

TO THE TENANT: The above named landlord(s) asks judgment together with costs against you for the possession of real property and for:

Lease is [X] Residential [ ] Nonresidential   Monthly Rent $_____   Security Deposit $_____

[ ] A determination that the manufactured home and property have been abandoned.

[ ] A Request for Determination of Abandonment (Form MDJS 334) must be completed and submitted with this complaint.

[ ] Damages for injury to the real property, to wit: _____

In the amount of: $ _____

[ ] Damages for the unjust detention of the real property in the amount of   $ _____

[X] Rent remaining due and unpaid on filing date in the amount of   $ 12,000

[X] And additional rent remaining due and unpaid on hearing date   $ _____

[X] Attorney fees in the amount of   $ _____

THE LANDLORD FURTHER ALLEGES THAT:   Total: $ 12,000

1. The location and the address, if any, of the real property is: 3905 Parade Street, Erie, pennsylvania 16504

2. The party filing the complaint is the landlord of that property.

3. The landlord leased or rented the property to you or to _____ under whom you claim.

4. [X] Notice to quit was given in accordance with law, or
   [X] No notice is required under the terms of the lease.

5. [X] The term for which the property was leased or rented is fully ended, or
   [X] A forfeiture has resulted by reason of a breach of the conditions of the lease, to wit: tenants' failure to vacate the premises upon lawful termination of the lease by the landlords   or,

   [X] Rent reserved and due has, upon demand, remained unsatisfied.

6. You retain the real property and refuse to give up its possession.

I, Michael Heller, CFO   verify that the facts set forth in this complaint are true and correct to the best of my knowledge, information and belief. This statement is made subject to the penalties of Section 4904 of the Crimes Code (18 PA. C.S. § 4904) relating to unsworn falsification to authorities.

I certify this filing complies with the UJS Case Records Public Access Policy.

(Signature of Landlord)

The landlord's attorney shall file an entry of appearance with the magisterial district court pursuant to Pa.R.C.P.M.D.J. No. 207.1

IF YOU HAVE A DEFENSE to this complaint you may present it at the hearing. IF YOU HAVE A CLAIM against the landlord arising out of the occupancy of the premises, which is in the magisterial district judge jurisdiction and which you intend to assert at the hearing, YOU MUST FILE it on the complaint form at the office BEFORE THE TIME set for the hearing. IF YOU DO NOT APPEAR AT THE HEARING, a judgment for possession and costs, and for damages and rent if claimed, may nevertheless be entered against you. A judgment against you for possession may result in your EVICTION from the premises.
If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

# Supreme Court of Pennsylvania
## Court of Common Pleas
### Civil Cover Sheet

_____ County

| For Prothonotary Use Only: | COMMON PLEAS COURT ERIE, PA |
|---|---|
| Docket No: 11346-23 | 2023 JUN -9 PH 12: 44 OF RECORDS PROTHONOTARY |

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**Commencement of Action:**

☐ Complaint  ☐ Writ of Summons  ☑ Petition
☐ Transfer from Another Jurisdiction  ☐ Declaration of Taking

| Lead Plaintiff's Name: | Lead Defendant's Name: |
|---|---|
| Mercyhurst University | STARLA STAROCCI |

| Are money damages requested? ☑ Yes ☐ No | Dollar Amount Requested: (check one) ☐ within arbitration limits ☑ outside arbitration limits |
|---|---|
| Is this a *Class Action Suit*? ☐ Yes ☑ No | Is this an *MDJ Appeal*? ☑ Yes ☐ No |

Name of Plaintiff/Appellant's Attorney: Philip James Seaver Hall, ESQ

☑ Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.** If you are making more than one type of claim, check the one that you consider most important.

**TORT** (*do not include Mass Tort*)
☐ Intentional
☐ Malicious Prosecution
☐ Motor Vehicle
☐ Nuisance
☐ Premises Liability
☐ Product Liability (*does not include mass tort*)
☐ Slander/Libel/Defamation
☐ Other:

**MASS TORT**
☐ Asbestos
☐ Tobacco
☐ Toxic Tort – DES
☐ Toxic Tort – Implant
☐ Toxic Waste
☐ Other:

**PROFESSIONAL LIABLITY**
☐ Dental
☐ Legal
☐ Medical
☐ Other Professional:

**CONTRACT** (*do not include Judgments*)
☐ Buyer Plaintiff
☐ Debt Collection: Credit Card
☐ Debt Collection: Other

☐ Employment Dispute: Discrimination
☐ Employment Dispute: Other

☐ Other:

**REAL PROPERTY**
☐ Ejectment
☐ Eminent Domain/Condemnation
☐ Ground Rent
☑ Landlord/Tenant Dispute
☐ Mortgage Foreclosure: Residential
☐ Mortgage Foreclosure: Commercial
☐ Partition
☐ Quiet Title
☐ Other:

**CIVIL APPEALS**
Administrative Agencies
☐ Board of Assessment
☐ Board of Elections
☐ Dept. of Transportation
☐ Statutory Appeal: Other

☐ Zoning Board
☐ Other:

**MISCELLANEOUS**
☐ Common Law/Statutory Arbitration
☐ Declaratory Judgment
☐ Mandamus
☐ Non-Domestic Relations Restraining Order
☐ Quo Warranto
☐ Replevin
☐ Other:

*Updated 1/1/2011*

COURT OF COMMON PLEAS

Judicial District, County Of

COMMON PLEAS COURT
ERIE, PA

2023 JUN -9 PM 12:44

CLERK OF RECORDS

NOTICE OF APPEAL

FROM

MAGISTERIAL DISTRICT JUDGE JUDGMENT

COMMON PLEAS No. 11346-23

NOTICE OF APPEAL

Notice is given that the appellant has filed in the above Court of Common Pleas an appeal from the judgment rendered by the Magisterial District Judge on the date and in the case referenced below.

NAME OF APPELLANT
STARLA STAROCCI

ADDRESS OF APPELLANT
3905 PARADE BLVD

MAG. DIST. NO.
MDJ -06 -104

CITY

NAME OF MDJ
PAUL A BIZZARO

STATE
16507

ZIP CODE

DATE OF JUDGMENT
06-01-2023   06/01/23

MDT-06104-LT-0000

DOCKET No.
140-2023

IN THE CASE OF: (Plaintiff)
Mercyhurst University

vs

(Defendant)
STARLA STAROCCI

SIGNATURE OF APPELLANT OR ATTORNEY OR AGENT

MJ 06104-LT-0000-140-2023

STARLA STAROCCI APP

This block will be signed ONLY when this notation is required under Pa. R.C.P.M.D.J. No. 1008.
This Notice of Appeal, when received by the Magisterial District Judge, will operate as a SUPERSEDEAS to the judgment for possession in this case.

If appellant was Claimant (see Pa. R.C.P.M.D.J. No. 1001(6) in action before a Magisterial District Judge, A COMPLAINT MUST BE FILED within twenty (20) days after filing the NOTICE of APPEAL.

$1267.00

Signature of Prothonotary or Deputy

## PRAECIPE TO ENTER RULE TO FILE COMPLAINT AND RULE TO FILE

(This section of form to be used ONLY when appellant was DEFENDANT (see Pa.R.C.P.M.D.J. No. 1001(7) in action before Magisterial District Judge. IF NOT USED, detach from copy of notice of appeal to be served upon appellee.)

PRAECIPE: To Prothonotary

Enter rule upon _____ appellee(s), to file a complaint in this appeal
Name of appellee(s)

(Common Pleas No. _____ ) within twenty (20) days after service of rule or suffer entry of judgment of non pros.

_____
Signature of appellant or attorney or agent

RULE: To _____ , appellee(s)
Name of appellee(s)

(1) You are notified that a rule is hereby entered upon you to file a complaint in this appeal within twenty (20) days after the date of service of this rule upon you by personal service or by certified or registered mail.

(2) If you do not file a complaint within this time, a JUDGMENT OF NON PROS MAY BE ENTERED AGAINST YOU.

(3) The date of service of this rule if service was by mail is the date of the mailing.

Date: 6/9 , 20 23

_____
Signature of Prothonotary or Deputy

YOU MUST INCLUDE A COPY OF THE NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH THIS NOTICE OF APPEAL.
The appellee and the magisterial district judge in whose office the judgment was rendered must be served with a copy of this Notice pursuant to Pa.R.C.P.M.D.J. 1005(A).

AOPC 312-05

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF ERIE



**NOTICE OF JUDGMENT/TRANSCRIPT**
**Residential Lease**

| Mag. Dist. No: | MDJ-06-1-04 |
|---|---|
| MDJ Name: | Honorable Paul A. Bizzarro |
| Address: | 861 1/2 East 38th Street |
| | Erie, PA 16504 |
| Telephone: | 814-451-6522 |

Starla Starocci
3905 Parade Blvd.
Erie, PA 16504

Mercyhurst University
v.
Starla  Starocci, Samuel  Mkpat

Docket No:   MJ-06104-LT-0000140-2023
Case Filed:   4/28/2023

**Possession Details**

Possession is granted and the defendant is not permitted to satisfy the order for possession and avoid eviction by paying the rent in arrears and the costs of the proceedings.

**Disposition Summary** (cc - Cross Complaint)

| Docket No | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|
| MJ-06104-LT-0000140-2023 | Mercyhurst University | Starla Starocci | Judgment for Plaintiff | 06/01/2023 |
| MJ-06104-LT-0000140-2023 | Mercyhurst University | Samuel Mkpat | Judgment for Plaintiff | 06/01/2023 |

**Judgment Summary**

| Participant | Joint/Several Liability | Individual Liability | Amount |
|---|---|---|---|
| Mercyhurst University | $0.00 | $0.00 | $0.00 |
| Samuel Mkpat | $12,232.13 | $0.00 | $12,232.13 |
| Starla Starocci | $12,232.13 | $0.00 | $12,232.13 |

**Judgment Finding** (*Post Judgment)

In the matter of Mercyhurst University vs. Starla Starocci; Samuel Mkpat on MJ-06104-LT-0000140-2023, on 6/01/2023 the judgment was awarded as follows:

| Judgment Component | Joint/Several Liability | Individual Liability | Security Deposit Applied | Amount |
|---|---|---|---|---|
| Rent in Arrears | $12,000.00 | $0.00 | | $12,000.00 |
| Filing Fees | $232.13 | $0.00 | | $232.13 |
| | | | Grand Total: | $12,232.13 |
| Portion of judgment for physical damages arising out of residential lease: | | | | $0.00 |

**Comments:**

Landlord may access the Request for Order for Possession form on the UJS website here: https://www.pacourts.us/forms/for-the-public



**FREE INTERPRETER**
www.pacourts.us/language-rights
814-451-6310

COMMONWEALTH OF PENNSYLVANIA

11346-23

COURT OF COMMON PLEAS

County Of Erie

COMMON PLEAS COURT
ERIE, PA

2023 JUN -9 PM 12:44

CLERK OF RECORDS
PROTHONOTARY

PLAINTIFF:
NAME and ADDRESS

MERCYhurst University
501 E. 38th street
Erie PA 16546

VS.

DEFENDANT:
NAME and ADDRESS

STARLA STAROCCI
3905 PARADE BLVD
Erie Pennsylvania 16504

Common Pleas Docket No.

## TENANT'S SUPERSEDEAS AFFIDAVIT (NON-SECTION 8)
## FILED PURSUANT TO Pa.R.C.P.M.D.J. No. 1008C(2)

I, STARLA STAROCCI 3905 PARADE BIVD ERIE PA 16504 (print name and address here),

have filed a notice of appeal from a magisterial district court judgment awarding to my landlord possession

of real property that I occupy, and I do not have the financial ability to pay the lesser of three (3) times my

monthly rent or the judgment for rent awarded by the magisterial district court. My total household income

does not exceed the income limits set forth in the supplemental instructions for obtaining a stay pending

appeal and I have completed an in forma pauperis (IFP) affidavit to verify this. I have/have not (cross out the

one that does not apply) paid the rent this month.  $ 0.00    No

I verify that the statements made in this affidavit are true and correct to the best of my knowledge,

information and belief. I understand that false statements herein are made subject to the penalties of 18

Pa.C.S. § 4904, relating to unsworn falsification to authorities.

6-9-23
Date

STARLA STAROCCI App
SIGNATURE OF TENANT

AOPC 312-08 (B)

## PROOF OF SERVICE OF NOTICE OF APPEAL AND RULE TO FILE COMPLAINT

(This proof of service must be filed within 10 days after
filing of the notice of appeal)

I hereby certify that I served the Notice of Appeal, Common Pleas No. _11346-23_
upon the Magisterial District Judge designated therein on _6-9-2023_____ by _@2:oopm_

☑ personal service, or

☐ certified or registered mail, sender's receipt attached hereto,

and upon the appellee, _Mike Heller_ on _6-9-2023_____ by

☑ personal service, or

☐ certified or registered mail, sender's receipt attached hereto,

I verify that the statements herein are true and correct. I understand that false statements herein are
made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to
unsworn falsification to authorities..

By: _STARLA STARACCI_
  Name

By: Starla Staracci APR
Signature without prejudice, is at Rights Reserved

Date: _06-09-2023_

MERCYHURST UNIVERSITY,

        *Plaintiff-Appellee*

        **v.**

STARLA STAROCCI and ALL
ADULT OCCUPANTS,

        *Defendant-Appellant*

)
)
)
)
)
)
)
)
)
)
)

**IN THE COURT OF COMMON PLEAS
OF ERIE COUNTY, PENNSYLVANIA**

Civil Action

No. 2023-11346

## PRAECIPE TO TERMINATE *SUPERSEDEAS*

TO THE PROTHONOTARY:

Please terminate the *supersedeas* in the above-captioned action for failure of the tenant to make the payments required under MDJ Rule of Procedure 1008.  In support of this request, Plaintiff states the following:

    1.     This case is a landlord-tenant appeal arising out of a residential lease.

    2.     On June 9, 2023, the Defendant, Starla Starocci, filed a Notice of Appeal of a magisterial district judge's judgment of eviction.

    3.     Ms. Starocci also filed a Tenant's *Supersedeas* Affidavit (non-Section 8) in accordance with MDJ Rule of Procedure 1008(C)(2).

    4.     Ms. Starocci's *Supersedeas* Affidavit admits that Ms. Starocci has not paid rent this month.

    5.     MDJ Rule 1008 makes clear that when an indigent tenant "has not paid [rent] at the time of the filing of the appeal, the tenant shall pay . . . *at the time of filing the notice of appeal*, a sum of money equal to one third (1/3) of the monthly rent[.]" *See* Pa.R.C.P.M.D.J. 1008(C)(3)(b)(i) (emphasis added).

6.     Because Ms. Starocci has not paid rent this month, she was legally obligated to deposit one third of her $1000.00 monthly rent—that is, a $333.33 payment—with the Court, at the time of filing her Notice of Appeal, in order to obtain a *supersedeas*.

7.     However, as of the date of this filing, nothing on the docket indicates that Ms. Starocci has complied with this procedural requirement.  The Notice of Appeal reflects that Ms. Starocci only paid $267.00 into Court, instead of the required $333.33.

8.     MDJ Rule 1008(B) states that if "the tenant fails to deposit the sums of money, or bond, required by this rule when such deposits are due, the prothonotary, upon praecipe filed by the landlord, shall terminate the *supersedeas*." Pa.R.C.P.M.D.J. 1008(B).

9.     Accordingly, Mercyhurst University requests termination of the *supersedeas*.

WHEREFORE, Mercyhurst University respectfully requests that the *supersedeas* in the above-captioned case be terminated.

Respectfully submitted,

KNOX MCLAUGHLIN GORNALL & SENNETT, P.C.

BY: _____

PHILIP J. SEAVER-HALL, ESQ.

120 West Tenth Street
Erie, Pennsylvania 16501
(814) 459-2800

*Attorney for Plaintiff-Appellee,*
*Mercyhurst University*

# 2438450.v1

MERCYHURST UNIVERSITY,    )  **IN THE COURT OF COMMON PLEAS**

                     )  **OF ERIE COUNTY, PENNSYLVANIA**

        *Plaintiff-Appellee*    )

                     )  Civil Action

       **v.**            )

                     )  No. 2023-11346

**STARLA STAROCCI and ALL**  )

**ADULT OCCUPANTS,**      )

                     )

      *Defendant-Appellant*  )

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

_____

Philip J. Seaver-Hall

# 2438450.v1



**KnoxLaw**

Erie | North East | Pittsburgh | Jamestown, NY

**Knox McLaughlin Gornall & Sennett, P.C.**
120 West Tenth Street | Erie, PA 16501-1461
814-459-2800 | www.kmgslaw.com

Philip J. Seaver-Hall
Direct Dial:  814-923-4892
pseaver-hall@kmgslaw.com

June 21, 2023

Starla Starocci
3905 Parade Blvd.
Erie, Pennsylvania 16504

All Adult Occupants
3905 Parade Blvd.
Erie, Pennsylvania 16504

    RE: **Mercyhurst University v. Starla Starocci**
       **and All Adult Occupants**
       **Docket No.: 2023-11346**

Dear All:

   Enclosed, please find a time-stamped copy of Plaintiff's Praecipe to Strike Appeal filed today in the above-referenced matter.

        Very truly yours,

        KNOX McLAUGHLIN GORNALL &
        SENNETT, P.C.

        By: _____
          Philip J. Seaver-Hall

Enclosure
PJSH/ab
# 2439734.v1

| | | |
|---|---|---|
| **MERCYHURST UNIVERSITY,** | ) | **IN THE COURT OF COMMON PLEAS** |
| | ) | **OF ERIE COUNTY, PENNSYLVANIA** |
| *Plaintiff-Appellee* | ) | |
| | ) | Civil Action |
| **v.** | ) | |
| | ) | No. 2023-11346 |
| **STARLA STAROCCI and ALL** | ) | |
| **ADULT OCCUPANTS,** | ) | |
| | ) | |
| *Defendant-Appellant* | ) | |

## PRAECIPE TO STRIKE APPEAL

TO THE PROTHONOTARY:

Please mark Defendant's appeal stricken from the record.  In support of this Praecipe,

Plaintiff states the following:

1.      On June 9, 2023, Defendant filed a Notice of Appeal from a Magisterial District

Judge's Judgment in Plaintiff's favor.

2.      Rule 1005B of the Rules of Civil Procedure for Magisterial District Judges states

that "[T]he appellant shall file with the prothonotary proof of service of copies of the notice of

appeal, and proof of service of a rule upon the appellee to file a complaint if required to request

such a rule by Rule 1004B, within 10 days after filing the notice of appeal." Pa.R.C.P.M.D.J.

1005B.

3.      Defendant's Proof of Service was due no later than June 19, 2023.

4.      However, as of the date of this filing, no Proof of Service appears on the docket.

5.      Rule 1006 states that "[u]pon failure of the appellant to comply with Rule 1005B  .

. . the prothonotary shall, upon praecipe of the appellee, mark the appeal stricken from the

record." Pa.R.C.P.M.D.J. 1006.

WHEREFORE, Plaintiff, Mercyhurst University, requests that Defendant's appeal be stricken from the record.

Respectfully submitted,

KNOX MCLAUGHLIN GORNALL & SENNETT, P.C.

BY: _____

PHILIP J. SEAVER-HALL, ESQ.

120 West Tenth Street
Erie, Pennsylvania 16501
(814) 459-2800

*Attorney for Plaintiff-Appellee,*
*Mercyhurst University*

# 2439733.v1

MERCYHURST UNIVERSITY,        )   IN THE COURT OF COMMON PLEAS
                                       )   OF ERIE COUNTY, PENNSYLVANIA
              *Plaintiff-Appellee*     )
                                         )   Civil Action
      **v.**                       )
                                         )   No. 2023-11346
STARLA STAROCCI and ALL      )
ADULT OCCUPANTS,           )
                                         )
            *Defendant-Appellant*    )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the _21st_ day of June, 2023, a copy of the within

document was served on all counsel of record and unrepresented parties in accordance with the

applicable rules of court.

Starla Starocci                                    All Adult Occupants
3905 Parade Blvd.                               3905 Parade Blvd.
Erie, Pennsylvania 16504                  Erie, Pennsylvania 16504

# 2439733.v1                                           Philip J. Seaver-Hall

MERCYHURST UNIVERSITY,

          *Plaintiff-Appellee*

      **v.**

STARLA STAROCCI and ALL
ADULT OCCUPANTS,

          *Defendant-Appellant*

)
)
)
)
)
)
)
)
)
)
)

IN THE COURT OF COMMON PLEAS
OF ERIE COUNTY, PENNSYLVANIA

Civil Action

No. 2023-11346

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

_____

Philip J. Seaver-Hall, Esq.

# 2439733.v1

Peaster, Max

| | |
|---|---|
| From: | Starla S <anythingispossible214@gmail.com> |
| Sent: | Thursday, June 29, 2023 4:11 PM |
| To: | Peaster, Max |
| Subject: | Fwd: Appeal strike |

MERCYHURST UNIVERSITY
c/o Michael Heller, CFO
Plaintiff-Appellee

Knox Law
c/o Phillip J Seaver-Hall, Attorney

V.

STARLA STAROCCI and ALL
ADULT OCCUPANTS,
Defendant-Appellant



IN THE COURT OF COMMON PLEAS
OF ERIE COUNTY, PENNSYLVANIA

CIVIL ACTION

No. 2023-11346

## PETITION TO REINSTATE STRICKEN APPEAL; CROSS-COMPLAINT; PETITION FOR DISMISSAL OF ERRED JUDGEMENT BY MDJ

TO THE PROTHONOTARY:

This is a Petition to the Court to please reinstate the appeal filed by Starla Starocci, Appellant that was stricken from the record. In support of this Petition to Reinstate Appeal, Appellant states the following:

1. On my June 9, 2023, Appellant filed a Notice of Appeal from a Magisterial District Judge's Judgment in Plaintiff's favor on June 1, 2023.  Attached as Exhibit A

2. Rule 1005B of the Rules of Civil Procedure for Magisterial District Judges states that "IT]he appellant shall file with the prothonotary proof of service of copies of the notice of appeal, and proof of service of a rule upon the appellee to file a complaint if required to request such a rule by Rule 1004B, within 10 days after filing the notice of appeal." Pa.R.C.P.M.D.J. 1005B.

3. Defendant's Proof of Service was due no later than June 19, 2023.

4. According to Rule 1006 states that "[u]pon failure of the appellant to comply with Rule 1005B .. the prothonotary shall, upon praecipe of the appellee, mark the appeal stricken from the record." Pa.R.C.P.M.D.J.1006.

5. However, Rule 1006 also allows the Court of Common Pleas to reinstate the appeal "upon good cause shown"

Appellant, Starla Starocci argues that initially she was unrepresented by counsel, the appellant failed to file with the prothonotary proof of service on the appellees within 10 days after filing the notice of appeal as required by the rules due to the appellant misinterpreting the holiday listing in the internet that the Courthouse was closed in observance for the Federal holiday and not stating that the only certain offices not all offices of the courthouse would be closed on that date. The appellant also believed that the senders receipt being signed on the date of the delivery on the proof of service was in fact the date of receipt the appellees received the notice; however after contacting North West Legal Services for counsel and being turned down for representation I was advised on where to research rules on how to appeal a strike to reinstate the appeal.

6. Furthermore, on 6/19/2023 the appellant states that there is good cause shown for the delivery of Proof of Service on June 20, 2023 due to previous CDC guidelines for being a caregiver for an immunosuppressed family member and now herself being ill with headache, fatigue having flu like symptoms, that was previously considered a high risk to be in the community for possible contamination to others, she received an excuse from her family doctor to stay home and out of contact with the public from 6/16 - 6/20/23 in order to not spread her viral symptoms to the next person. Attached as Exhibit B (print out of internet postings)

7. The appellants Proof of Service was personally delivered by family friend to the prothonotary office, one day after the Federal Holiday, which was also time stamped receipt as filed on, June 20, 2023.   Attached as Exhibit C ( time stamped proof of service of notice to appeal)

8. Appellant, Starla also argues that there is no question that the Plaintiff, Mercyhurst University, c/o Michael Heller, CFO and the Magistrate District Judge Bizzaro received the constructive notice that the appeal had been filed on 6/9/2023 due to the Appellant personally making a hand to hand delivery of the notices, and by reason that the Plaintiff Michael Hellers attorney, Phillip J, Seaver-Hall, ESQ's. response to the Notice to Appeal by filing a Praecipe to Terminate Supersedeas on June 16, 2023 10:50 AM with the PROTHONOTARY which states on line 2 that "On June 9, 2023, the Defendant, Starla Starocci, filed a Notice of Appeal of a magisterial district judge's judgement of eviction and line 3 which states  "Ms." Starocci also filled a Tenant's Supersedeas Affidavit ( non-Section 8) in accordance with MDJ Rule of Procedure 1008(C)(2).  Attached as Exhibit D ( copy of  line 2 on time stamped  PRAECIPE TO TERMINATE SUPERSEDEAS on June 16, 2023)

9. The Plaintiff;s attorney and the CLERK OF RECORDS PROTHONOTARY made an error with the incorrect statement on line 4. of the time stamped PRAECIPE TO STRIKE APPEAL filed, June 21, 2023 AT 10:44 AM, that "However, as of date of this filling, no Proof of Service appears on the docket". The Appellant also has a time stamped proof of service notice of appeal showing proof the notice was filed by 6/20/2023 which contradicts the statement made that the notice had not been filed as of 6/21/2023.

WHEREFORE, Appellant requests that this court please reinstate the appeal in the above captioned matter.


Starla Starocci, Appellant<br>
In Propria Persona, All Rights Reserved; Without Prejudice

MERCYHURST UNIVERSITY
c/o Michael Heller, CFO
Plaintiff-Appellee

Knox Law
c/o Phillip J Seaver-Hall, Attorney

V.

STARLA STAROCCI and ALL
ADULT OCCUPANTS,
Defendant-Appellant
IN THE COURT OF COMMON PLEAS
OF ERIE COUNTY, PENNSYLVANIA

06/29/2023

CIVIL ACTION

No. 2023-11346

<u>PETITION TO REINSTATE STRICKEN APPEAL;</u>
<u>PETITION FOR DISMISSAL OF  JUDGEMENT BY  DISTRICT JUDGE'S JUDGEMENT FOR LACK OF PE</u>

TO THE PROTHONOTARY:

This is a Petition to the Court to please reinstate the appeal filed by Starla Starocci, Appellant that was stricken from the record. In support of this Petition to Reinstate Appeal, Appellant states the following:

1. On my June 9, 2023, Appellant filed a Notice of Appeal from a Magisterial District Judge's Judgment in Plaintiff's favor on June 1, 2023.  Attached as Exhibit A

2. Rule 1005B of the Rules of Civil Procedure for Magisterial District Judges states that "IT]he appellant shall file with the prothonotary proof of service of copies of the notice of appeal, and proof of service of a rule upon the appellee to file a complaint if required to request such a rule by Rule 1004B, within 10 days after filing the notice of appeal." Pa.R.C.P.M.D.J.
1005B.

3. Defendant's Proof of Service was due no later than June 19, 2023.

4. According to Rule 1006 states that "[u]pon failure of the appellant to comply with Rule 1005B
.. the prothonotary shall, upon praecipe of the appellee, mark the appeal stricken from the record."
Pa.R.C.P.M.D.J.1006.

5. However, Rule 1006 also allows the Court of Common Pleas to reinstate the appeal "upon good cause shown"

Appellant, Starla Starocci argues that initially she was unrepresented by counsel, the appellant failed to file with the prothonotary proof of service on the appellees within 10 days after filing the notice of appeal as required by the rules due to the appellant misinterpreting the holiday listing in the internet that the Courthouse was closed in observance for the Federal holiday and not stating that the only certain offices not all offices of the courthouse would be closed on that date. The appellant also believed that the senders receipt being signed on the date of the delivery on the proof of service was in fact the date of receipt the appellees received the notice; however after contacting North West Legal Services for counsel and being turned down for representation I was advised on where to research rules on how to appeal a strike to reinstate the appeal.

6. Furthermore, on 6/19/2023 the appellant states that there is good cause shown for the delivery of Proof of Service on June 20, 2023 due to previous CDC guidelines for being a caregiver for an immunosuppressed family member and now herself being ill with headache, fatigue having flu like symptoms, that was previously considered a high risk to be in the community for possible contamination to others, she received an excuse from her family doctor to stay home and out of contact with the public from 6/16 - 6/20/23 in order to not spread her viral symptoms to the next person. Attached as Exhibit B (print out of internet postings)

7. The appellants Proof of Service was personally delivered by family friend to the prothonotary office, one day after the Federal Holiday, which was also time stamped receipt as filed on, June 20, 2023. Attached as Exhibit C ( time stamped proof of service of notice to appeal)

8. Appellant, Starla also argues that there is no question that the Plaintiff, Mercyhurst University, c/o Michael Heller, CFO and the Magistrate District Judge Bizzaro received the constructive notice that the appeal had been filed on 6/9/2023 due to the Appellant personally making a hand to hand delivery of the notices, and by reason that the Plaintiff Michael Hellers attorney, Phillip J, Seaver-Hall, ESQ's. response to the Notice to Appeal by filing a Praecipe to Terminate Supersedeas on June 16, 2023 10:50 AM with the PROTHONOTARY which states on line 2 that "On June 9, 2023, the Defendant, Starla Starocci, filed a Notice of Appeal of a magisterial district judge's judgement of eviction and line 3 which states "Ms." Starocci also filled a Tenant's Supersedeas Affidavit ( non-Section 8) in accordance with MDJ Rule of Procedure 1008(C)(2). Attached as Exhibit D ( copy of line 2 on time stamped PRAECIPE TO TERMINATE SUPERSEDEAS on June 16, 2023)

9. The Plaintiff;s attorney and the CLERK OF RECORDS PROTHONOTARY made an error with the incorrect statement on line 4. of the time stamped PRAECIPE TO STRIKE APPEAL filed, June 21, 2023 AT 10:44 AM, that "However, as of date of this filling, no Proof of Service appears on the docket". The Appellant also has a time stamped proof of service notice of appeal showing proof the notice was filed by 6/20/2023 which contradicts the statement made that the notice had not been filed as of 6/21/2023.

WHEREFORE, Appellant requests that this court please reinstate the appeal in the above captioned matter.

I, Starla Starocci, Appellant verify that the facts set forth in this answer are true and correct to the best of my knowledge, information and belief. This statement is made subject to the Common Laws so help me God.

Starla Starocci, Appellant
In Propria Persona, All Rights Reserved; Without Prejudice

☰          Google          🔔          S

🔍    what holidays is the courth    📷

News          Images          Shopping          Videos

## 2023 Federal Holidays

| New Year's Day | January 2, 2023 |
| --- | --- |
| Memorial Day | May 29, 2023 (Last Monday in May) |
| Juneteenth | June 19, 2023 |
| Independence Day | July 4, 2023 |
| Labor Day | September 4, 2023 (First Monday in September) |

6 more rows

🏛 https://www.paed.uscourts.gov › co...          ⋮

## Court Holidays | Eastern District of Pennsylvania | United States ...

❓ About featured snippets          ⚑ Feedback

🔒 🔍 what holidays is the courthouse clc

## Court Hours

Monday through Friday
8:00 a.m. - 5:00 p.m.

The Clerk of Court's hours

# Court Holidays 2023

| | |
|---|---|
| New Year's Day (observed) | Monday, January 2, 2023 |
| Martin Luther King Jr. Birthday | Monday, January 16, 2023 |
| No Court Events* | Monday, February 20, 2023 |
| Good Friday | Friday, April 7, 2023 |
| Memorial Day | Monday, May 29, 2023 |
| Juneteenth | Monday, June 19, 2023 |
| Independence | Tuesday, July 4, 2023 |

# Court Holidays



## 2022 Holiday Schedule

| Date | Holiday |
| --- | --- |
| Friday, December 31, 2021 | New Year's Day |
| Monday, January 17 | Birthday of Martin Luther King, Jr. |
| Monday, February 21 | Washington's Birthday |
| Monday, May 30 | Memorial Day |
| Monday, June 20 | Juneteenth |
| Monday, July 4 | Independence Day |
| Monday, September 5 | Labor Day |
| Monday, October 10 | Columbus Day |
| Friday, November 11 | Veterans Day |
| Thursday, November 24 | Thanksgiving Day |
| Monday, December 26 | Christmas Day |

**3:06**

# Observed Holidays

Holiday:    Martin Luther King Jr. Day

Date of
Observatio
n:          Jan. 16, 2023

Day of the
Week:       Monday

Holiday:    President's Day

Date of
Observatio
n:          Feb. 20, 2023

Day of the
Week:       Monday

Holiday:    Memorial Day

Date of
Observatio
n:          May 29, 2023

Day of the
Week:       Monday

Holiday:    Juneteenth

Date of
Observatio
n:          June 19, 2023

Day of the
Week:       Monday



Holiday:    Independence Day

🔒 erieco.gov



# ERIE COUNTY CLERK OF RECORDS
## PROTHONOTARY, CIVIL DIVISION

Aubrea Hagerty-Haynes
Clerk of Records

Erie County Courthouse I 140 W. Sixth St., Room 120, Erie, PA 16501 I Phone: 814-451-6250
www.eriecountypa.gov I prothonotary@eriecountypa.gov

RECEIPT FOR PAYMENT

Case Number: 2023-11346

Caption:     MERCYHURST UNIVERSITY (vs) STARLA STAROCCI, AL

Remarks:     STARLA STAROCCI
             TF

Receipt Date:   6/20/2023
Receipt Time:   16:13:51
Receipt No.:    1448660

| Fee/Tax Description | Transaction Distribution | |
|---|---|---|
| | Payment Amount | Payee Name |
| LANDLORD | 70.00 | ERIE COUNTY TRUSTEE ACCOUNT |
| | $70.00 | |
| Cash | $70.00 | |
| Total Received......... | $70.00 | |
| Case Balance Due: | $.00 | |



# ERIE COUNTY CLERK OF RECORDS
## PROTHONOTARY, CIVIL DIVISION

Aubrea Hagerty-Haynes
Clerk of Records

Erie County Courthouse I 140 W. Sixth St., Room 120, Erie, PA 16501 I Phone: 814-451-6250
www.eriecountypa.gov I prothonotary@eriecountypa.gov

RECEIPT FOR PAYMENT

Case Number: 2023-11346

Caption: MERCYHURST UNIVERSITY (vs) STARLA STAROCCI, AL

Remarks: STARLA STAROCCI
TEC

Receipt Date: 6/29/2023

Receipt Time: 16:35:33

Receipt No.: 1449094

## Transaction Distribution

| Fee/Tax Description | Payment Amount | Payee Name |
|---|---|---|
| LANDLORD | 720.00 | ERIE COUNTY TRUSTEE ACCOUNT |
| | $720.00 | |
| Cash | $720.00 | |
| Total Received........ | $720.00 | |
| Case Balance Due: | $.00 | |



# ERIE COUNTY CLERK OF RECORDS
## PROTHONOTARY, CIVIL DIVISION

Aubrea Hagerty-Haynes
Clerk of Records

Erie County Courthouse I 140 W. Sixth St., Room 120, Erie, PA 16501 I Phone: 814-451-6250
www.eriecountypa.gov I prothonotary@eriecountypa.gov

```
RECEIPT FOR PAYMENT
```

Case Number: 2023-11346

Caption:   MERCYHURST UNIVERSITY (vs) STARLA STAROCCI, AL

Remarks:   STARLA STAROCCI
           ESD

Receipt Date:   6/09/2023

Receipt Time:   12:53:14

Receipt No.:    1448225

## Transaction Distribution

| Fee/Tax Description | Payment Amount | Payee Name |
|---|---|---|
| LANDLORD | 267.00 | ERIE COUNTY TRUSTEE ACCOUNT |
| | $267.00 | |
| Cash | $267.00 | |
| Total Received........ | $267.00 | |
| Case Balance Due: | $.00 | |